United States District Court
Southern District of Texas
**ENTERED**
November 17, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| LETITIA ROBERTS, | § | |
| | § | |
| Plaintiff, | § | |
| V. | § | CIVIL ACTION NO. 2:26-CV-00148 |
| | § | |
| GOVERNMENT SOFTWARE ASSURANCE CORP., | § | |
| | § | |
| Defendant. | § | |

**ORDER**

The parties have announced to the Court that all matters in dispute and controversy have settled. (D.E. 26). Therefore, the Court **ORDERS** the parties to file, on or before **January 15, 2027**, appropriate documents seeking the dismissal of this matter.

Should the parties fail to timely file such documents with this Court, the parties are **ORDERED** to appear before the undersigned on **January 20, 2027, at 9:30 a.m.** to explain why they have failed to comply with this Order.[1] The Court further **ORDERS** that all current settings are **CANCELED**, and any pending motions are **DENIED without prejudice as mooted** by the settlement announced in this case.

SO ORDERED.

DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Signed: Corpus Christi, Texas
November 17, 2026

[1] Parties may access the hearing, if necessary, via the following link:
https://www.zoomgov.com/j/1615444251?pwd=R3g5ZnBwdVpvVkFCUlBVS211UXZ4QT09
Dial by your location
+1 669 254 5252 US (San Jose)
+1 646 828 7666 US (New York)
Meeting ID: 161 544 4251
Password: 020679